# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT BUNOL, JR. AND STACEY
BUNOL ON BEHALF OF THEIR
MINOR CHILD, H.B.

VERSUS

MARGARET STOCKSTILL

NO. 2026 CW 0655

**JULY 22, 2026**

---

In Re:   Margaret Stockstill, applying for supervisory writs,
22nd Judicial District Court, Parish of St. Tammany,
No. 2024-10402.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT GRANTED WITH ORDER.** The portion of the trial court's
March 13, 2026 judgment which overruled the Peremptory Exception
of No Cause of Action as to the abuse of minor claim, citing La.
Civ. Code art. 3496.1, is reversed. Plaintiffs' petition, taken
as true and in the light most favorable to plaintiff, fails to
state a cause of action for 'abuse of a minor' under Louisiana
law. See La. Civ. Code art. 3496.1; La. Ch. Code art. 603.
Accordingly, the Peremptory Exception of No Cause of Action as
to the abuse of a minor claim is granted. This matter is
remanded to the trial court with instructions to allow the
plaintiffs an opportunity to amend their petition, if they can,
to remove the grounds of the objection. La. Code Civ. P. art.
934.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT